AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*September 01, 2023*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>JENNIFER HARRISON<br><br>Citizenship: United States<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **4:23-mj-1778**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 2019 to present _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 963, 952 | Conspiracy to import dimethlytryptamine, a Schedule I controlled substance |
| 21 USC Section 952(a) | Importation of dimethlytryptamine, a Schedule I controlled substance |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derrick Conn, S/A DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ September 01, 2023 ___

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Peter Bray, United States Magistrate Judge
_____
*Printed name and title*

**4:23-mj-1778**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derrick S. Conn, being duly sworn, depose and state the following:

I am a Special Agent with the Drug Enforcement Administration ("DEA"), U.S. Department of Justice, and as such am empowered by Title 21, United States Code, Section 878 to enforce Title 21 and other criminal laws of the United States, and to make arrests, and to obtain and execute search, seizure, and arrest warrants. I am currently assigned to the Houston Field Office. I have been employed by the DEA since September 2001. Prior to being employed by the DEA, I was employed as a San Antonio, Texas Police Officer for eleven (11) years. During the course of my employment with DEA, I have participated in several drug trafficking investigations, including investigations which have led to felony arrests for violations of Title 21 and Title 18 of the United States Code. In addition, I have received extensive training in drug trafficking and money laundering investigations.

In November 2023, agents assigned to the DEA Houston Office and the Texas Department of Public Safety ("DPS") interviewed a cooperating defendant ("CD"), who identified Cyrus Kourosh Boujabadi ("Boujabadi") as the CD's source of supply for fake Adderall tablets that contained methamphetamine. The CD agreed to assist agents make controlled purchases of fake Adderall tablets from Boujabadi and introduce undercover ("UC") DPS agents directly to Boujabadi to purchase controlled substances. Boujabadi provided a "menu" to UC agents containing the controlled substances for sale and their prices to include dimethyltryptamine ("DMT") a Schedule I controlled substance.

1

Toll records revealed cellular telephone (346) 265-8103 used by Boujabadi in revealed frequent contact with cellular telephone (713) 315-0003. AT&T records revealed that cellular telephone (713) 315-0003 was subscribed to "Valued Customer" with an address of 6235 Braesheather Drive, Houston, Texas 77096. A record check showed that the user of cellular telephone (713) 315-0003 to be Jennifer Leticia HARRISON ("HARRISON") (YOB: 1981). Subsequently, agents found several seizures of DMT tied to HARRISON.

**January 3, 2019**
**Seizure of 15 kilograms of DMT**
**Memphis, Tennessee**

On January 3, 2019, Customs and Border Protection Officers ("CBPO") seized a Federal Express ("FedEx") shipment at their facility in Memphis, Tennessee containing approximately 15.95 kilograms of DMT. The consignee was listed as "Jen HARRISON" with an address of 422 Bayou View Dr., El Lago, Texas 77586. The sender of the shipment was listed as Marcela Gallaga Muñoz of Mexico City, Mexico.

**May 28, 2021**
**Seizure of 10 kilograms of DMT**
**Cincinnati, Ohio**

On May 28, 2021, CBPO's seized a DHL Express mail shipment at the DHL Hub in Cincinnati, Ohio containing approximately 10.09 kilograms of DMT. The consignee was listed as "Jen HARRISON" with an address of 11010 Old katy Fwy, Houston, Texas 77043 which is a U-Haul moving and storage facility. The shipment was sent from a business called Mayan Beauty in Mexico City, Mexico.

### December 10, 2021
### Seizure of 5 kilograms of DMT
### Chicago, Illinois

On December 10, 2021, CBPO's seized a United States Postal Service Express mail shipment at the Chicago O'Hare International Mail Branch containing approximately 5.08 kilograms of DMT. The consignee was listed as "Jen HARRISON" with an address of 5927 Almeda Road, Unit 21601, Houston, Texas 77004. The Sender was listed as Rene Sanchez of Nueva Tenochtitlan, Mexico City, Mexico.

### Mikal Eastman Investigation
### Phoenix, Arizona

Since May 2021, HSI Phoenix, Arizona agents have been investigating Mikal Eastman ("Eastman") for the distribution of DMT. According to HSI Special Agent ("S/A") Matthew Cool ("S/A Cool"), Eastman received shipments of DMT from various international and domestic vendors via FedEx, DHL, and USPS. In June 2021, HSI agents executed a search warrant on Eastman's residence in Phoenix, Arizona. Their search resulted in the seizure of over 180 kilograms of DMT, multiple cellular telephones and other items. The information obtained from the search of Eastman's residence along with an initial interview of Eastman, led HSI agents to identify HARRISON as a DMT distributor residing in Houston, Texas. In one of the cellular telephones seized from Eastman, agents found several text messages between Eastman and HARRISON discussing the sale and distribution of DMT.

3

## March 31, 2023
## Seizure of 101 kilograms of DMT
## Brownsville, Texas Port of Entry

On March 31, 2023, HARRISON entered the United States driving a 2007 BMW 525 accompanied by Christopher Douglas Brady and Maricela Nevarez at the Brownsville, Texas Port of Entry. HARRISON stated to the primary CBPO Roberto Padilla ("CBPO Padilla") that they traveled from Houston, Texas to Matamoros, Tamaulipas, Mexico to get materials for leather tanning.

During a search of the vehicle, CBPOs found approximately 42 packages in the trunk area and backseat containing a substance that appeared to be mulch, or something like soil compost. HARRISON was asked if the packages were hers and she said, "yes." HARRISON was asked where she bought the product and she stated that it was ordered from Mexico City and shipped to Matamoros. The total net weight of the substance found inside the bags was approximately 101 kilograms. A chemical analysis of the substance revealed that it contained DMT.

## July 26, 2023
## Seizure of 30 kilograms of DMT
## Laredo, Texas Port of Entry

On July 26, 2023, HARRISON entered the United States driving a 2018 Dodge Ram 1500 at the Laredo, Texas Port of Entry.

During the primary inspection, HARRISON stated she was importing "wattle" (tree bark) which she was going to use to tan leather for her business. The "wattle" (Huisache wood chips) tested positive for DMT. The bag containing the Huisache wood chips weighed approximately 2.45 kilograms.

4

At approximately 12:00 pm, HSI Task Force Officer James Roycroft ("TFO Raycroft") read HARRSION her Miranda Rights. HARRISON agreed to answer questions without an attorney present and signed the waiver of Miranda Right ICE Form 73-025.

HARRISON told TFO Roycroft that on July 23, 2023 she traveled from Houston, Texas to Nueva Laredo, Mexico to purchase tree bark from her friend Marcela Maria De Lourdes Gallaga-Muñoz from Mexico City, Mexico. HARRISON stated when she arrived in Nueva Laredo, Mexico, the tree bark had not arrived and that she rented a hotel room for two nights.

HARRSION stated DMT "is in everything and is extracted from tree bark" into a powder form and is smoked giving the user a high for approximately 8 minutes. HARRISON stated she researched how to process DMT for approximately 1.5 years after reading about how indigenous people use DMT to heal "yourself, community and family."

**[THIS SPACE LEFT INTENTIONALLY BLANK]**

5

HARRISON stated her boyfriend introduced her to Marcela Maria De Lourdes Gallaga-Muňoz, a distributor of DMT located in Mexico City, Mexico and has been purchasing tree bark containing DMT for several years from her. HARRISON stated 1 kilogram of tree bark yields from 10 grams to 1 ounce of DMT. HARRISON stated she has approximately 5 customers that she sells DMT at $1,000.00 dollars an ounce. HARRISON stated one of her customers is Boujabadi and another customer is located in Arizona that she has mailed DMT approximately 5 times. HARRISON stated she is aware that selling DMT is illegal.

Derrick Conn
Special Agent
Drug Enforcement Administration.

Sworn and subscribed before me via telephone on September 1, 2023, at Houston, Texas and I find probable cause.

Peter Bray
United States Magistrate Judge

6